# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
UNITED ROAD SIDE SERVICES, INC.,
D/B/A QUALITY TOWING; MIKE
BROOKS; AND THE STATE OF
NEVADA,
Respondents.

No. 68045

**FILED**

DEC 0 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus. Petitioner seeks an order directing the district court to issue a summons and complaint in district court case no. A-495030, which commenced on December 4, 2008. However, petitioner has not named the district court as a party to this action. But even setting that circumstance aside, we conclude that petitioner has not demonstrated that our intervention is warranted. *See Pan v. Eighth Judicial District Court*, 120 Nev. 222, 228, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Percy Lavae Bacon
     Attorney General/Carson City
     Mike Brooks
     Eighth District Court Clerk

16-37433